# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145542-3

VICKI L. ZUNICH, as Personal Representative
for the Estate of STEVEN ZUNICH, and as
Next Friend for CHARLES ZUNICH and
MATTHEW ZUNICH, Minors,
        Plaintiff-Appellant,

v

MIDMICHIGAN MEDICAL CENTER-
MIDLAND, JEFFREY S. NEWMAN, M.D.,
FAMILY MEDICINE ASSOCIATES OF
MIDLAND, P.C., a/k/a FAMILY PRACTICE
ASSOCIATES OF MIDLAND, P.C.,
KENNETH M. MACKINNON, M.D.,
JAMES H. FRYE, M.D., MIDMICHIGAN
HEALTH, and FAITH D. FUENTES, M.D.,
        Defendants-Appellees.
_____/

SC: 145542
COA: 297456
Midland CC: 02-005382-NH

VICKI L. ZUNICH, as Personal Representative
for the Estate of STEVEN ZUNICH, and as
Next Friend for CHARLES ZUNICH and
MATTHEW ZUNICH, Minors,
        Plaintiff-Appellant,

v

FAMILY MEDICINE ASSOCIATES OF
MIDLAND, P.C.,
        Defendant-Appellee,

and

JERRY L. FERRELL, M.D., and ROBERTA
L. CORBAT,
        Defendants.
_____/

SC: 145543
COA: 297457
Midland CC: 03-005843-NH

On order of the Court, the application for leave to appeal the June 12, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

Clerk

h1113